IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRUDY CAMPBELL, VINCENT DIXIE, and WILLIAM LOCKHART, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:10-cv-339 |
| v. | ) ) | Judge Haynes |
| HEARINGPLANET, INC., | ) ) | Jury Demand |
| Defendant. | ) ) | |

*[Handwritten note: Order – This motion is granted. /s/ Judge 4-25-11]*

## DEFENDANT HEARINGPLANET, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant HearingPlanet, Inc. ("HearingPlanet"), moves the Court pursuant to Local Rule 7.01(b) for leave to file a Reply to Plaintiffs' Response to Motion for Summary Judgment (Docket No. 20, "Response"). HearingPlanet's Reply is nine (9) pages in length and is limited in scope, addressing only the issues raised in the Plaintiffs' Response. As grounds for this Motion, HearingPlanet states the following:

In response to HearingPlanet's Motion for Summary Judgment (Docket No. 14), Plaintiffs filed a twenty-three (23) page brief, which exceeds the page limit established by the Court and agreed to by the parties in the Initial Case Management Order (Docket No. 8, n.1). Additionally, Plaintiffs raise arguments not addressed in HearingPlanet's motion and assert "facts" that are inconsistent with the undisputed evidence in this case. HearingPlanet's proposed reply, which is attached hereto as Exhibit A, is necessary to address the new issues raised in Plaintiffs' Response and to provide the Court with a more complete summary judgment record.